UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOANETA IOTOVA, ET AL,<br><br>                    Plaintiffs,<br><br>           -against-<br><br>JULIA RIVERA, ET AL,<br><br>                    Defendant. | 22-CV-7178(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 6. 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 6, 2022
            New York, New York

                                                         /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge